**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION**

| | |
|---|---|
| MELANIE HEIDGER, individually and on behalf of all others similarly situated, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) No. 4:21-CV-00099 JAR ) |
| COLGATE-PALMOLIVE COMPANY, | ) ) |
| Defendant. | ) ) |

## ORDER OF DISMISSAL

Pursuant to the parties' Joint Stipulation for Dismissal (Doc. No. 20),

**IT IS HEREBY ORDERED** that this case is **DISMISSED with prejudice.**

Dated this 20th day of January, 2022.

_____
**JOHN A. ROSS
UNITED STATES DISTRICT JUDGE**